**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICTORIA C. HOLLOMANN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-0081-MTS |
| | ) | |
| EMANUEL CLEAVER, II, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

A review of the filings in this matter shows that none is properly signed. *See Pack v. City of St. Charles*, 4:25-cv-0911-MTS, 2025 WL 2549230, at *1 (E.D. Mo. Sept. 4, 2025); *McGehee v. Synchrony Bank*, 4:25-cv-0933-MTS, 2025 WL 1993555, at *1 (E.D. Mo. July 17, 2025). Plaintiff must "promptly" correct this error by submitting physically signed filings. Fed. R. Civ. P. 11(a). In addition, Plaintiff must comply with Rule 11(a) by providing her email address on her filings. *See id.* ("The paper must state the signer's address, e-mail address, and telephone number."). If Plaintiff fails to comply with this Order, the Court "must" strike her filings. Fed. R. Civ. P. 11(a).

Accordingly,

**IT IS HEREBY ORDERED** that no later than **Friday**, **April 24, 2026**, Plaintiff must comply with this Memorandum and Order by submitting physically signed copies of her filings. Plaintiff's filings must also provide her email address. If Plaintiff fails to do so, the Court will strike Plaintiff's filings.

Dated this 15th day of April 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE