**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICTORIA C. HOLLOMANN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-0081-MTS |
| | ) | |
| EMANUEL CLEAVER, II, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

The Court ordered Plaintiff, no later than April 24, 2026, to submit physically signed filings to the Court as required by the Federal Rules of Civil Procedure. *See* Doc. [13] (citing *Pack v. City of St. Charles*, 4:25-cv-0911-MTS, 2025 WL 2549230, at *1 (E.D. Mo. Sept. 4, 2025); *McGehee v. Synchrony Bank*, 4:25-cv-0933-MTS, 2025 WL 1993555, at *1 (E.D. Mo. July 17, 2025)).  She did not do so.  Instead, on April 26, 2026, Plaintiff submitted what she entitled a "Motion to Waive Wet-Ink Signature Requirement Due to Safety Risks, Interference, and Lack of Access to Resources," which itself contained only her typed name.  Doc. [14].  Plaintiff has not signed her filings, the Court has "called" it to her "attention," and she has not "promptly corrected" the omission.  Fed. R. Civ. P. 11(a).  For that reason, the Court now "must strike" her filings.  *Id.* Because there will be no operative pleading in this matter, the Court will dismiss Plaintiff's action.

Accordingly,

- 2 -

**IT IS HEREBY ORDERED** that all Plaintiff's filings in this action are **STRICKEN**. *See* Fed. R. Civ. P. 11(a).

The Court will enter herewith an Order of Dismissal, which will dismiss this action without prejudice.

Dated this 28th day of April 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE